STATE OF NEW JERSEY v. CARL DOUGLAS JONES.

Feb. 11, 1980.  Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN S. ZIEGLER.

Feb. 11, 1980.  Petition for certification denied.

EDWARD R. STEWART v. NATIONWIDE INSURANCE CO.

Feb. 11, 1980.  Petition for certification denied.  (See 171 *N.J.Super.* 457)

STATE OF NEW JERSEY v. VERNIA MAE COLES.

Feb. 11, 1980.  Petition for certification denied.

LOCAL 1804, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION v. WATERFRONT COMMISSION OF NEW YORK HARBOR.

Feb. 11, 1980.  Petition for certification granted.  (See 171 *N.J.Super.* 508)